# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** Nat'l Ass'n of Home Builders of US, et al.

**v.**

District of Columbia

**Case No:** 26-7050

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ⦿ Retained ◯ Pro Bono ◯ Appointed (CJA/FPD) ◯ Gov't counsel

for the ◯ Appellant(s)/Petitioner(s) ◯ Appellee(s)/Respondent(s) ◯ Intervenor(s) ⦿ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Sierra Club

Chesapeake Climate Action Network

### Counsel Information

Lead Counsel: Timothy R. Oberleiton

Direct Phone: ( 202 ) 739-5820  Fax: ( 202 ) 667-2356  Email: toberleiton@earthjustice.org

2nd Counsel:

Direct Phone: ( ___ ) ___ - ___  Fax: ( ___ ) ___ - ___  Email:

3rd Counsel:

Direct Phone: ( ___ ) ___ - ___  Fax: ( ___ ) ___ - ___  Email:

Firm Name: Earthjustice

Firm Address: 1250 I St. NW, Fourth Floor, Washington, DC 20005

Firm Phone: ( 202 ) 667-4500  Fax: ( 202 ) 667-2356  Email: toberleiton@earthjustice.org

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)