NOT YET SCHEDULED FOR ORAL ARGUMENT

No. 26-7050

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

NATIONAL ASSOCIATION OF HOME BUILDERS OF THE UNITED
STATES, *et al.*,
APPELLANTS,

v.

DISTRICT OF COLUMBIA,
APPELLEE.

ON APPEAL FROM AN ORDER OF THE
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**MOTION OF APPELLEE FOR A 30-DAY EXTENSION OF TIME TO
FILE ITS RESPONSE BRIEF**

Appellee the District of Columbia's brief is currently due on July 8, 2026.

Appellee respectfully requests a 30-day extension of time, until August 7, within which

to file its brief. Appellants oppose this relief and plan to file an opposition.

There is good cause for the requested relief. The Office of the Solicitor

General continues to have a heavy workload, and the undersigned is engaged in the

press of other matters, including a dispositive motion in *Hylton v. D.C. Office of Risk*

*Management*, No. 26-5167 (D.C. Cir.) (due July 2), and a response brief in *Hylton*

*v. District of Columbia*, Nos. 25-CV-761 & 25-CV-1026 (D.C.) (due July 6). In

addition, appellee's response brief will require coordination with and review by clients and stakeholders within District government. Additional time is thus necessary for the completion of appellee's response brief in this case.

The requested relief is also consistent with this Court's May 26 Briefing Order, which did not expressly preclude such reasonable extensions of time. Indeed, extending the deadline for appellee's response brief to August 7 would move the presumptive deadline for appellants' reply brief to August 28. *See* Fed. R. App. P. 31(a)(1). That schedule would still allow this appeal to be argued in September, in accordance with the Court's May 26 Briefing Order.

Accordingly, this Court should grant appellee's request for a 30-day extension of time, until August 7, 2026, to submit its response brief.

Respectfully submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

CAROLINE S. VAN ZILE
Solicitor General

ASHWIN P. PHATAK
Principal Deputy Solicitor General

CARL J. SCHIFFERLE
Deputy Solicitor General

/s/ Bryan J. Leitch
BRYAN J. LEITCH
Assistant Attorney General
D.C. Bar Number 1016484
Office of the Solicitor General

Office of the Attorney General
400 6th Street, NW, Suite 8100
Washington, D.C. 20001
(202) 724-6524 (office)
(202) 741-0649 (fax)
bryan.leitch@dc.gov

June 2026

3

**CERTIFICATE OF COMPLIANCE**

I certify that this motion complies with the type-volume limitation in Federal Rule of Appellate Procedure 27(d)(2)(A) because the motion contains 238 words, excluding exempted parts. This motion complies with the typeface and type style requirements of Federal Rules of Appellate Procedure 27(d)(1)(E) and 32(a)(5) and (6) because it has been prepared in a proportionally spaced typeface using Microsoft Word 365 in Times New Roman 14-point font.

/s/ Bryan J. Leitch
BRYAN J. LEITCH