# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

◆

### No. 26-7050

◆

NATIONAL ASSOCIATION OF HOME BUILDERS, *ET AL.*,
*Appellants*,

v.

DISTRICT OF COLUMBIA,
*Appellee*.

◆

## UNOPPOSED MOTION OF AMERICAN GAS ASSOCIATION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF IN SUPPORT OF APPELLANTS

◆

Michael L. Murray
American Gas Association
400 N. Capitol St., NW
Washington, DC 20001
(202) 824-7071
MMurray@aga.org

*Counsel for Amicus Curiae American Gas Association*

Pursuant to Federal Rule of Appellate Procedure 29, the American Gas Association ("AGA") respectfully requests leave to file an amicus brief in support of Appellants in this proceeding.

As grounds for this Motion, AGA states:

1. AGA represents organizations that will be directly affected by the disposition of this appeal. AGA represents critical domestic infrastructure – namely, local natural gas distribution companies that deliver natural gas to homes and businesses. AGA, founded in 1918, represents more than 200 local energy companies that deliver natural gas throughout the United States. There are more than 79 million residential, commercial and industrial natural gas customers in the U.S., of which 94 percent — more than 74 million customers — receive their gas from AGA members. AGA is an advocate for natural gas utility companies and their customers and provides a broad range of programs and services for member natural gas pipelines, marketers, gatherers, international natural gas companies and industry associates. Today, natural gas meets one-third of the United States' energy needs.[1]

2. AGA and its members have a substantial interest in the unique regulatory model that governs their business, and in ensuring predictable and consistent laws and court rulings that affect that model. The gas they move heats

---

[1] *See* AGA, *About AGA,* https://www.aga.org/about/ (last visited June 15, 2026).

millions of American homes and generates over 30 percent of the nation's electricity.[2] Nearly 187 million Americans and 5.8 million businesses use natural gas.[3] Demand for natural gas continues to increase because it is abundant, safe, and cost- effective, and reliable infrastructure will be needed for the foreseeable future.[4]

3.      AGA and its members have a substantial interest in the continued ability of natural gas utilities to provide natural gas services customers within their jurisdictional service area. Additionally, AGA has an interest in ensuring laws and regulations affecting the utilities' unique and comprehensive framework of regulatory oversight and private investment are followed.

4.      This brief should be of assistance to the Court because it provides information about the natural gas distribution industry, which supplies natural gas to the consumers and businesses via a comprehensive and unique regulatory model whose principal purpose is to serve the public interest.

5.      The public's interest in safe and efficient access to energy at reasonable cost, and how utilities plan for and provide that service, including installing natural gas services infrastructure and providing natural gas services to customers within its

---

[2] *See* U.S. Energy Info. Admin., *What is U.S. electricity generation by energy source?*, https://www.eia.gov/tools/faqs/faq.php?id=427&t=3 (last visited June 15, 2025).

[3] *See* AGA, *2026 Playbook*, https://playbook.aga.org/ (last visited June 15, 2025)

[4] *See* U.S. Energy Info. Admin., *Annual Energy Outlook 2026*, https://www.eia.gov/outlooks/aeo/ (last visited June 15, 2025).

jurisdictional service area, are subject to the meticulous oversight of public utility commissions like the Public Service Commission of the District of Columbia("Commission").

6. Judicial decisions that impose new burdens on that regulatory model have a direct impact on gas utilities, their customers, and the regulatory model by which utility services are provided. AGA has a direct interest in ensuring that judicial decisions are made in light of a full record of existing utility regulatory structures and doctrines.

7. This motion is unopposed. AGA contacted counsel for the Appellants, and the Appellee. Each either consented, do not oppose, or did not take a position on the relief sought in this motion and the submission of the *amicus* brief. Therefore, AGA believes that this motion is unopposed.

8. This motion and the attached *amicus* brief are timely. In accordance with D.C. Circuit Rule 26(a)(6).

9. Accordingly, AGA respectfully requests leave to file the attached *amicus* brief in support of the Appellants.

Respectfully submitted,

<u>*/s/ Michael L. Murray*</u>
Michael L. Murray
American Gas Association
400 N. Capitol St., NW
Washington, DC 20001
(202) 824-7071
MMurray@aga.org

*Counsel for American Gas Association*

Dated: June 15, 2026

# DISCLOSURE STATEMENTS

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure and D.C. Circuit Rule 26.1, the American Gas Association hereby submits the following corporate disclosure statement:

The American Gas Association ("AGA") is an incorporated, not-for-profit trade association representing local energy companies that deliver natural gas in the United States. AGA has no parent companies, subsidiaries, or affiliates that have issued publicly traded stock. Some AGA member companies are corporations with publicly traded stock.

*/s/ Michael L. Murray*
Michael L. Murray
American Gas Association
400 N. Capitol St., NW
Washington, DC 20001
(202) 824-7071
MMurray@aga.org

Dated: June 15, 2026

**CERTIFICATE OF COMPLIANCE**

Pursuant to Federal Rule of Appellate Procedure 32(g), I certify the following:

This motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d) because it contains 655 words.

This motion complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and D.C. Circuit Rule 32(b), and the type style requirements of Federal Rule of Appellate Procedure 32(a)(6), because this motion has been prepared in a proportionately spaced typeface using Microsoft Word in 14-point Times New Roman font.

*/s/ Michael L. Murray*
Michael L. Murray
American Gas Association
400 N. Capitol St., NW
Washington, DC 20001
(202) 824-7071
MMurray@aga.org

Dated: June 15, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that on June 15, 2026, I electronically filed the foregoing

with the Clerk of the Court using the CM/ECF system which will send notification

of such filing to all registered CM/ECF users.

*/s/ Michael L. Murray*
Michael L. Murray
American Gas Association
400 N. Capitol St., NW
Washington, DC 20001
(202) 824-7071
MMurray@aga.org

Dated: June 15, 2026