# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 26-7050**

**September Term, 2025**

**1:24-cv-02942-ACR**

**Filed On:** June 22, 2026

National Association of Home Builders of the
United States, et al.,

      Appellants

      v.

District of Columbia,

      Appellee

**BEFORE:** Millett, Wilkins, and Katsas, Circuit Judges

## O R D E R

Upon consideration of the motion to extend time and the opposition thereto, it is

**ORDERED** that the following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellee's Brief | July 17, 2026 |
| Appellants' Reply Brief | August 7, 2026 |

**Per Curiam**

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Selena R. Gancasz
Deputy Clerk