# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 26-7050**

**September Term, 2025**

**1:24-cv-02942-ACR**

**Filed On: June 26, 2026** [2180563]

National Association of Home Builders of
the United States, et al.,

   Appellants

  v.

District of Columbia,

   Appellee

## O R D E R

  Upon consideration of the unopposed motion of the American Gas Association for leave to participate as amicus curiae in support of appellant, and the lodged brief amicus curiae, it is

  **ORDERED** that the motion be granted. The Clerk is directed to file the lodged brief amicus curiae.

        **FOR THE COURT:**
        Clifton B. Cislak, Clerk

      BY: /s/
        Michael C. McGrail
        Deputy Clerk