**IN THE UNITED STATES COURT OF APPEALS
FOR THE D.C. CIRCUIT**

National Association of Home Builders of
   the United States, *et al.*,

                    Plaintiffs-Appellants,

              v.                              26-7050

District of Columbia,

                    Defendant-Appellee.

**UNOPPOSED MOTION BY THE UNITED STATES AS *AMICUS CURIAE* FOR LEAVE TO PARTICIPATE IN ORAL ARGUMENT**

Pursuant to Federal Rule of Appellate Procedure 29(a)(8) and D.C. Circuit Rule 34(e), the United States respectfully seeks leave as *amicus curiae* to participate in the September 8, 2026, oral argument in this appeal. This motion is unopposed. In support of this motion, the United States states as follows:

1.     This is an appeal from a district court order dismissing a lawsuit concerning D.C.'s ban on appliances that use gas, propane, or oil in most new construction and substantial improvements of covered buildings. Plaintiffs

challenge the ban as preempted by the federal Energy Policy and Conservation Act (EPCA).

2. On June 2, 2026, the United States files a brief as *amicus curiae* in support of Plaintiffs-Appellants.

3. As set forth in its brief, the United States has a substantial interest in this appeal, which raises important questions regarding the scope of EPCA's preemption provisions, with significant impacts on the Department of Energy's work administering EPCA's regulatory scheme for certain consumer products and industrial equipment.

4. The Court has scheduled oral argument in this case for September 8, 2026. The United States respectfully seeks leave to participate at oral argument and submits that its participation at argument would aid the Court's consideration of these important issues.

5. Plaintiffs-Appellants consent to the United States's request and do not intend to file a response.

6. Defendant-Appellee does not oppose the United States's request and does not intend to file a response.

**CONCLUSION**

For the foregoing reasons, the Court should grant the United States leave as *amicus curiae* to participate in the September 8, 2026, oral argument.

Respectfully submitted,

July 2026

BRETT A. SHUMATE
  *Assistant Attorney General*

THOMAS PULHAM
CHARLES E.T. ROBERTS
  Attorneys
  *Civil Division, Room 3617*
  *U.S. Department of Justice*
  *950 Pennsylvania Avenue NW*
  *Washington, DC 20530*
  *(202) 305-1141*
  charles.roberts2@usdoj.gov

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 263 words.  This motion also complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 27(d)(1)(E) and 32(a)(5)–(6) because it was prepared using Word for Microsoft 365 in CenturyExpdBT 14-point font, a proportionally spaced typeface.

/s/ *Charles E.T. Roberts*
Charles E.T. Roberts