Case No. 26-7050

# IN THE UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT

———————————

NATIONAL ASSOCIATION OF HOME BUILDERS OF THE UNITED STATES, *et al.*,

*Appellants,*

v.

DISTRICT OF COLUMBIA,

*Appellee.*

———————————

On Appeal from the United States District Court for the District of Columbia
No. 1:24-cv-02942-ACR

———————————

## NOTICE OF INTENT TO FILE BRIEF OF *AMICI CURIAE* ENERGY AND ENVIRONMENTAL LAW PROFESSORS IN SUPPORT OF APPELLEE

———————————

DENISE GRAB (NO. 55763)
JULIA E. STEIN (NO. 65402)
Frank G. Wells Environmental Law Clinic
UCLA School of Law
405 Hilgard Avenue
Los Angeles, CA 90095
Tel: (310) 206-4033
grab.elc@law.ucla.edu

*Counsel for* Amici Curiae

July 24, 2026

# CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure, *Amici Curiae* certify that no party to this brief is a publicly held corporation, issues stock, or has a parent corporation.

## NOTICE OF INTENT AND REPRESENTATION OF CONSENT TO FILE BRIEF OF *AMICI CURIAE*

Pursuant to D.C. Circuit Rule 29 and the guidance set forth in Section IX.A.4 of the Court's *Handbook of Practice and Internal Procedure*, William Boyd, Lincoln Davies, Daniel A. Farber, Sharon Jacobs, Alexandra Klass, Joshua C. Macey, Heather Payne, Melissa Powers, Jim Rossi, David B. Spence, and Shelley H. Welton ("the Energy and Environmental Law Professors") hereby give notice that they intend to file a brief as *Amici Curiae* in support of Appellee in this matter. All parties have consented to the filing of this brief.

Respectfully submitted,

*/s/ Denise Grab*
DENISE GRAB (NO. 55763)
JULIA E. STEIN (NO. 65402)
Frank G. Wells Environmental Law Clinic, UCLA School of Law
405 Hilgard Avenue
Los Angeles, CA 90095
(310) 206-4033
grab.elc@law.ucla.edu

*Counsel for* Amici Curiae

July 24, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 24th day of July, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit using the Court's CM/ECF system, which constitutes service on all parties and parties' counsel who are registered ECF filers.

/s/ Denise Grab
DENISE GRAB