No. 26-7050

# United States Court of Appeals
# for the District of Columbia Circuit

NATIONAL ASSOCIATION OF HOME BUILDERS OF THE UNITED STATES, et al.,

*Plaintiffs-Appellants*,

v.

DISTRICT OF COLUMBIA,

*Defendant-Appellee.*

On Appeal from the United States District Court
for the District of Columbia (No. 24-cv-02942-ACR)

**NOTICE OF INTENT TO FILE AMICUS BRIEF OF AMICI CURIAE
NEW YORK, COLORADO, CONNECTICUT, HAWAI'I, ILLINOIS,
MARYLAND, MASSACHUSETTS, MICHIGAN, MINNESOTA, NEW
JERSEY, NEW MEXICO, OREGON, VERMONT, THE COUNTY OF
MONTGOMERY, MARYLAND, AND THE CITY OF NEW YORK**

BARBARA D. UNDERWOOD
 *Solicitor General*
JEFFREY W. LANG
 *Deputy Solicitor General*
DUSTIN J. BROCKNER
 *Assistant Solicitor General*
  *of Counsel*

LETITIA JAMES
 *Attorney General*
 *State of New York*
 The Capitol
 Albany, New York 12224
 (518) 776-2017

 Dated: July 24, 2026

**NOTICE OF INTENT TO FILE AMICUS BRIEF**

The States of New York, Colorado, Connecticut, Hawai'i, Illinois, Maryland, Massachusetts, Michigan, Minnesota, New Jersey, New Mexico, Oregon, and Vermont as well as the County of Montgomery, Maryland, and the City of New York hereby file this notice of intent to file an amicus brief in support of defendant-appellee. To the extent relevant, the undersigned counsel represents that all parties have consented to the filing of this amicus brief.

Dated: July 24, 2026

Respectfully submitted,

LETITIA JAMES
  *Attorney General*
  *State of New York*

By:  /s/ Dustin J. Brockner
    DUSTIN J. BROCKNER
    Assistant Solicitor General

The Capitol
Albany, New York 12224
(518) 776-2017
dustin.brockner@ag.ny.gov

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2026, I electronically filed the foregoing Notice of Intent to File Amicus Brief with the Clerk of the Court for the United States Court of Appeals for D.C. Circuit using the CM/ECF system. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

 /s/ Dustin J. Brockner
Dustin J. Brockner