**ORAL ARGUMENT SCHEDULED FOR September 8, 2026**

**CASE NO. 26-7050**

**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA**

NATIONAL ASSOCIATION OF HOME BUILDERS OF THE UNITED
STATES, *et al.*,

*Appellants,*

v.

DISTRICT OF COLUMBIA,

*Appellee.*

On Appeal from the United States District Court for the
District of Columbia
Hon. Ana C. Reyes, 1:24-cv-02942-ACR

**Brief of Sierra Club and Chesapeake Climate Action Network as
*Amicus Curiae* in Support of Appellee and Affirmance**

Timothy R. Oberleiton
Earthjustice
1250 I St NW, Suite 400
Washington, D.C. 20005
(202) 793-5820
toberleiton@earthjustice.org

*Counsel for Amici*

# RULE 28 STATEMENTS

## (1)(a) Parties and a*mici*

Except for the following, all parties, intervenors, and amici curiae appearing before this Court are listed or referenced in the Brief for the Appellee the District of Columbia (filed July 17, 2026): Amici Sierra Club and Chesapeake Climate Action Network.

## (1)(b) Ruling under review

The ruling under review is the Memorandum Opinion and Order dated March 26, 2026, entered by Judge Ana C. Reyes below. *National Association of Home Builders of the United States, et al. v. District of Columbia*, No. 24-cv02942, 2026 WL 837674 (D.D.C. Mar. 26, 2026).

## (1)(c) Related cases

*Amici* are not aware of any related cases in this Court.

/s/ *Timothy R. Oberleiton*
Timothy R. Oberleiton

## RULE 29 STATEMENTS

*Amici* certify that *a*ll parties in this case have consented to the filing of this *amicus curiae* brief.

Pursuant to Fed. R. App. P. 29(a)(4)(E), undersigned counsel for *Amici* states that no party or party's counsel authored this brief in whole or in part, and no other person besides *Amici* or their counsel contributed money intended to fund preparing or submitting the brief.

Pursuant to D.C. Cir. R. 29(d), undersigned counsel for *Amici* state that a separate brief is necessary due to *Amici*'s distinct expertise and interests. Amici are experts at advocating against the environmental harms on human health, and are actively engaged in leveraging scientific and public health research to effectuate better environmental and human health outcomes. No other amici curiae appearing in this case share these perspectives or expertise, as far as *Amici* are aware. Accordingly, *Amici*, through counsel, certify that filing a joint brief would not be practicable.

/s/ *Timothy R. Oberleiton*
Timothy R. Oberleiton

3

# TABLE OF CONTENTS

SUMMARY OF ARGUMENT .................................................................2

ARGUMENT ..........................................................................................3

    I.    Gas Appliances Emit Harmful Pollutants That Degrade Both Indoor and Outdoor Air Quality and Threaten Public Health. ....3

    II.   Emissions from gas appliances have significant outdoor air quality impacts and present health risks. ...................................12

    III. Gas Combustion in Buildings Causes Harmful Climate Pollution, In Contravention of District Law and Policy. ...........................14

CONCLUSION .....................................................................................17

# TABLE OF AUTHORITIES

**Statutes and Regulations**

40 C.F.R. § 50.8(a)(1) ................................................................. 10

40 C.F.R. § 50.8(a)(2) ................................................................. 10

**Federal Register**

Clean Air Fine Particle Implementation Rule,
  72 Fed. Reg. 20586 (Apr. 25, 2007) ......................................... 9

National Ambient Air Quality Standards for Particulate Matter,
  62 Fed. Reg. 38652 (July 18, 1997) .......................................... 8

National Ambient Air Quality Standards for Particulate Matter,
  71 Fed. Reg. 61144 (Oct. 17, 2006) .......................................... 8

National Primary and Secondary Ambient Air Quality Standards,
  36 Fed. Reg. 8186 (Apr. 30, 1971) ........................................... 6

U.S. EPA, Review of the Primary National Ambient Air Quality
  Standards for Oxides of Nitrogen,
  83 Fed. Reg. 17226 (April 18, 2018) ......................................... 7

**Other Authorities**

Am. Cancer Soc'y, *Benzene and Cancer Risk*
  (last revised Feb. 1, 2023) ....................................................... 9

Am. Lung Ass'n, *Literature Review on the Impacts of Residential
  Combustion, Final Report* (2022) ............................................. 12

Am. Lung Ass'n, Ozone ............................................................... 14

Am. Pub. Health Ass'n, *Gas Stove Emissions are a Public Health Concern: Exposure to Indoor Nitrogen Dioxide Increases Risk of Illness in Children, Older Adults, and People with Underlying Health Conditions* (Nov. 8, 2022) ...................................................................... 13

Andee Krasner, *et al.*, *Cooking with Gas, Household Air Pollution, and Asthma: Little Recognized Risk for Children*, 83 J. Env't Health 8 (2021) ................................................................... 5

Beyond Gas, *Cooking Up Danger: Community Study Reveals Hazardous Nitrogen Dioxide Levels in DC and Maryland Kitchens* (Nov. 2024) ........................................................................................... 7

Drew R. Michanowicz, *et al.*, *Home Is Where the Pipeline Ends: Characterization of Volatile Organic Compounds Present in Natural Gas at the Point of the Residential End User* 56 Env't Sci. & Tech. 10258 (June 2022) ................................................................... 4, 6, 11

Eric D. Lebel, *et al.*, *Composition, Emissions, and Air Quality Impacts of Hazardous Air Pollutants in Unburned Natural Gas from Residential Stoves in California*, 56 Env't Sci. & Tech. 15828 (Oct. 20, 2022) .. 4, 11

Eric D. Lebel, *et al.*, *Methane and NOx Emissions from Natural Gas Stoves, Cooktops, and Ovens in Residential Homes*, 56 Env't Sci. Tech. 2529 (2022) ..................................................................................... 6

Jason J. Rose, *et al.*, *Carbon Monoxide Poisoning: Pathogenesis, Management, and Future Directions of Therapy*, 195 Am. J. Respiratory & Critical Care Med. 596 (2017) ...................................... 9

Jennifer M. Logue, *et al.*, *Pollutant Exposures from Natural Gas Cooking Burners: A Simulation-Based Assessment for Southern California*, 122 Env't Health Perspectives 43 (Jan. 2014) .................... 7

Nat'l Ctr. for Healthy Hous., *Studying the Optimal Ventilation for Environmental Indoor Air Quality* 3 (Apr. 2022) ................................. 7

Neil E. Klepeis, *et al.*, *The National Human Activity Pattern Survey (NHAPS): A Resource for Assessing Exposure to Environmental Pollutants*, 11 J. Exposure Analysis & Env't Epidemiology 231 (2001)....................................................................................5

Rewiring America, *Breathe Easy* (Dec. 2024)..........................................15

R. Sehgal et al., *Asthma Control before and after Changing Gas Stoves to Electric Stoves*,
14 J. Allergy & Clinical Immun.: In Practice (Jul. 3, 2026) ..................5

Tianchao Hu, *et al.*, *Compilation of Published PM2.5 Emission Rates for Cooking, Candles and Incense for Use in Modeling of Exposures in Residences* (Aug. 2012) ..............................................................................9

U.S. Ctr. for Disease Control, *Carbon Monoxide Poisoning* ......................9

U.S. Ctr. for Disease Control, Polycyclic Aromatic Hydrocarbons (PAHs) Fact Sheet (Nov. 2009) ........................................................................10

U.S. EPA, *Basic Information about NO2* ..................................................4

U.S. EPA, *Carbon Monoxide's Impact on Indoor Air Quality* ................10

U.S. EPA, *Facts About Formaldehyde*......................................................5

U.S. EPA, *Health and Environmental Effects of Particulate Matter (PM): Health Effects* ..............................................................................9

U.S. EPA, *The Inside Story: A Guide to Indoor Air Quality*...............5, 10

U.S. EPA, *Integrated Science Assessment (ISA) For Oxides of Nitrogen – Health Criteria* (Jan. 2016) ................................................................6

U.S. EPA, *Integrated Science Assessment for Oxides of Nitrogen – Health Criteria* (July 2008) ................................................................7

U.S. EPA, *Integrated Science Assessment for Particulate Matter* ES-23 (Dec. 2019) ..........................................................................................8

U.S. EPA, *National Emissions Inventory (NEI) Data* (2017) .................14

U.S. EPA, *Policy Assessment for the Review of the Ozone National Ambient Air Quality Standard* (May 2020)..........................................15

U.S. EPA, *Report to Congress on Indoor Air Quality Volume II: Assessment and Control of Indoor Air Pollution* (Aug. 1989)...............5

U.S. EPA, *What are combustion products?* (last updated Dec. 4, 2024)...................................................................5

Weiwei Lin, *et al.*, *Meta-Analysis of the Effects of Indoor Nitrogen Dioxide and Gas Cooking on Asthma and Wheeze in Children*, 42 Int'l J. Epidemiology 1728 (Dec. 2013). ...........................................3

Yannai S. Kashtan, *et al.*, *Gas and Propane Combustion from Stoves Emits Benzene and Increases Indoor Air Pollution*, 57 Env't Sci. & Tech. 9653 (June 2023) ......................................................................6

Yannai Kashtan, *et al.*, *Integrating indoor and outdoor nitrogen dioxide exposures in US homes nationally by ZIP code* (Dec. 2025) ..................8

**STATEMENT OF INTEREST**

*Amicus* Sierra Club is a national grassroots environmental organization with roughly 600,000 members nationwide, including over 3,000 members in the District of Columbia. Sierra Club's Clean Heat campaign educates the public about the health harms caused by burning methane gas in homes, offices, and buildings and advocates for policies that protect against such harms. Sierra Club played an active role in supporting the passage of the Clean Energy D.C. Building Code Amendment Act of 2022 ("Clean Buildings Act").

*Amicus* Chesapeake Climate Action Network ("CCAN") is a grassroots organization dedicated exclusively to fighting for bold and just solutions to climate change in the Chesapeake region of Maryland, Virginia, and Washington, D.C. CCAN has over 6,200 members in the District of Columbia and was an ardent supporter of the passage of the Clean Buildings Act.

## SUMMARY OF ARGUMENT

There is an established scientific basis and growing public understanding that methane gas-burning appliances contribute to indoor and outdoor air pollution associated with adverse health outcomes. While the wide-ranging health impacts attributable to emissions from gas appliances were first recognized decades ago, more recent studies have uncovered the true extent and severity of the connection. It is now indisputable that gas appliances are a leading source of both indoor and outdoor air pollution. In response, states and localities—including the District of Columbia—have acted on public concern and exercised their authority to transition buildings away from combusting fossil fuels to abate the health, climate, and air quality impacts of pollution from those gas appliances.

This pollution exacerbates lung diseases, such as asthma and chronic obstructive pulmonary disease, cardiovascular disease, cognitive deficits and cancer. For example, children living in homes with gas stoves are 42% more likely to experience asthma symptoms.[1]

---

[1] Weiwei Lin, *et al.*, *Meta-Analysis of the Effects of Indoor Nitrogen Dioxide and Gas Cooking on Asthma and Wheeze in Children*, 42 Int'l J. Epidemiology 1728 (Dec. 2013), https://doi.org/10.1093/ije/dyt150.

Appellants' expansive reading of the Energy Policy and Conservation Act's preemptive reach would run contrary to the District's authority to address these public health harms.

## ARGUMENT

I. **Gas Appliances Emit Harmful Pollutants That Degrade Both Indoor and Outdoor Air Quality and Threaten Public Health.**

Termed "natural gas" by industry, the blend of chemicals that is piped into homes and other buildings across the country is primarily composed of methane.[2] The chemical byproducts of combusting gas include the greenhouse gas carbon dioxide, as well as nitrogen dioxide,[3]

---

[2] Drew R. Michanowicz, *et al.*, *Home Is Where the Pipeline Ends: Characterization of Volatile Organic Compounds Present in Natural Gas at the Point of the Residential End User*, 56 Env't Sci. & Tech. 10258, 10258 (June 2022), https://pubs.acs.org/doi/10.1021/acs.est.1c08298 (identifying 296 volatile organic compounds aside from methane in cooking gas samples); Eric D. Lebel, *et al.*, *Composition, Emissions, and Air Quality Impacts of Hazardous Air Pollutants in Unburned Natural Gas from Residential Stoves in California*, 56 Env't Sci. & Tech. 15828 (Oct. 20, 2022), https://pubs.acs.org/doi/pdf/10.1021/acs.est.2c02581.

[3] "Nitrogen Dioxide (NO2) is one of a group of highly reactive gases known as oxides of nitrogen or nitrogen oxides (NOx). Other nitrogen oxides include nitrous acid and nitric acid. NO2 is used as the indicator for the larger group of nitrogen oxides." U.S. EPA, *Basic Information about NO2*, https://www.epa.gov/no2-pollution/basic-information-about-no2#What%20is%20NO2

carbon monoxide, particulate matter, and volatile organic compounds such as formaldehyde.[4] Exposure to these pollutants has been increasingly linked to higher rates of respiratory and cardiovascular illnesses, such as childhood asthma, as well as reduced lung function and premature death.[5] That these pollutants are generated—and in large part remain—indoors raises even greater concerns for public welfare, given that U.S. residents spend nearly 90% of their time indoors.[6] In addition, gas stoves leak unburned gas containing

---

[4] U.S. EPA, *What are combustion products?*, https://www.epa.gov/indoor-air-quality-iaq/what-are-combustion-products (last updated Dec. 4, 2024); U.S. EPA, *Facts About Formaldehyde*, https://www.epa.gov/formaldehyde/facts-about-formaldehyde (last updated Sept. 11, 2024).

[5] Andee Krasner, *et al.*, *Cooking with Gas, Household Air Pollution, and Asthma: Little Recognized Risk for Children*, 83 J. Env't Health 8 (2021); *see also* Ashwini R. Sehgal et al., *Asthma Control before and after Changing Gas Stoves to Electric Stoves*, 14 J. Allergy & Clinical Immun.: In Practice (July 3, 2026), https://www.jaci-inpractice.org/article/S2213-2198(26)00537-4/fulltext.

[6] U.S. EPA, *The Inside Story: A Guide to Indoor Air Quality*, https://www.epa.gov/indoor-air-quality-iaq/inside-story-guide-indoor-air-quality (last updated Oct. 22, 2024); Neil E. Klepeis, *et al.*, *The National Human Activity Pattern Survey (NHAPS): A Resource for Assessing Exposure to Environmental Pollutants*, 11 J. Exposure Analysis & Env't Epidemiology 231, 242 (2001) https://pubmed.ncbi.nlm.nih.gov/11477521/; *see also* U.S. EPA, *Report to Congress on Indoor Air Quality Volume II: Assessment and Control of Indoor Air Pollution* (Aug. 1989),

carcinogenic pollutants—such as benzene—into homes at a near-constant rate, even when they are turned off.[7]

**Nitrogen Dioxide.** The U.S. Environmental Protection Agency ("EPA") has long recognized that nitrogen dioxide, a prevalent pollutant from gas appliances, can exacerbate asthma and likely lead to its development.[8] Exposure to nitrogen dioxide is also linked to chronic obstructive pulmonary disease, cardiovascular effects, diabetes, cancer, and reproductive harms.[9] As EPA recognized in 2008, "homes with gas cooking appliances have approximately 50% to over 400% higher [nitrogen dioxide] concentrations than homes with electric cooking

---

https://nepis.epa.gov/Exe/ZyPDF.cgi/9100LMBU.PDF?Dockey=9100LMBU.PDF.

[7] *See* Eric D. Lebel, *et al.*, *Methane and NOx Emissions from Natural Gas Stoves, Cooktops, and Ovens in Residential Homes*, 56 Env't Sci. Tech. 2529, 2534 (2022), https://pubs.acs.org/doi/10.1021/acs.est.1c04707; Michanowicz, *et al.*, *supra* n.2, at 10266; Yannai S. Kashtan, *et al.*, *Gas and Propane Combustion from Stoves Emits Benzene and Increases Indoor Air Pollution*, 57 Env't Sci. & Tech. 9653 (June 2023), https://pubs.acs.org/doi/10.1021/acs.est.2c09289.

[8] National Primary and Secondary Ambient Air Quality Standards, 36 Fed. Reg. 8186 (Apr. 30, 1971); U.S. EPA, *Integrated Science Assessment (ISA) For Oxides of Nitrogen – Health Criteria*, lxxxiv-lxxxv (Jan. 2016), https://assessments.epa.gov/isa/document/&deid=310879

[9] *Id.*

appliances."[10] Indeed, scientists at the Lawrence Berkeley National Laboratory demonstrated that up to 70% of residents living in homes with unvented[11] gas cooking appliances are exposed to nitrogen dioxide concentrations that exceed the National Ambient Air Quality Standard (EPA's outdoor limit) of 100 parts per billion.[12] These results mirror *amicus* Sierra Club's findings of elevated nitrogen dioxide levels in kitchens in both the District of Columbia and Maryland.[13]  Further, a recent study from Stanford University found gas and propane stoves are

---

[10] U.S. EPA, *Integrated Science Assessment for Oxides of Nitrogen – Health Criteria* at 2-38 (July 2008), https://assessments.epa.gov/isa/document/&deid=194645#downloads.
[11] Even exhaust ventilation of gas cooking appliances has proved to be less effective at reducing pollution than previously thought. *See* Nat'l Ctr. for Healthy Hous., *Studying the Optimal Ventilation for Environmental Indoor Air Quality* 3 (Apr. 2022), https://nchh.org/resource-library/report_studying-the-optimal-ventilation-for-environmental-indoor-air-quality.pdf (emissions monitoring in Chicago and New York homes found no significant reduction in NO2 from ventilation and 13% to 44% reductions in other contaminants).
[12] Jennifer M. Logue, *et al.*, *Pollutant Exposures from Natural Gas Cooking Burners: A Simulation-Based Assessment for Southern California*, 122 Env't Health Perspectives 43, 47, 49-50 (Jan. 2014), https://pmc.ncbi.nlm.nih.gov/articles/PMC3888569/; U.S. EPA, Review of the Primary National Ambient Air Quality Standards for Oxides of Nitrogen, 83 Fed. Reg. 17226, 17226-27 (April 18, 2018).
[13] *See* Beyond Gas, *Cooking Up Danger* (Nov. 2024), https://beyondgasdc.org/cooking-up-danger-community-study-reveals-hazardous-nitrogen-dioxide-levels-in-dc-and-maryland-kitchens/.

a substantial source of residential nitrogen dioxide exposure even when compared with all outdoor sources combined, and concluded that transitioning from gas to electric stoves could cut nitrogen dioxide exposure in the U.S. by over 50%.[14]

***Particulate Matter.*** Particulate matter is another form of air pollution generated by gas appliances that poses a unique threat to human health.[15] $PM_{2.5}$, or fine particulate matter, refers to inhalable particles with diameters that are 2.5 micrometers and smaller, and thus easily penetrate the defenses of our lungs.[16] $PM_{2.5}$ is mainly produced by "combustion processes and by atmospheric reactions of various gaseous pollutants."[17] EPA has acknowledged that there is no safe level of $PM_{2.5}$ exposure,[18] and this pollutant has been linked to

[14] Yannai Kashtan, Chenghao Wang, Kari C Nadeau, Robert B Jackson, Integrating indoor and outdoor nitrogen dioxide exposures in US homes nationally by ZIP code, *PNAS Nexus*, Volume 4, Issue 12, December 2025, pgaf341, https://doi.org/10.1093/pnasnexus/pgaf341

[15] National Ambient Air Quality Standards for Particulate Matter, 62 Fed. Reg. 38652, 38653–54 (July 18, 1997).

[16] *Id.* at 38,654.

[17] National Ambient Air Quality Standards for Particulate Matter, 71 Fed. Reg. 61144, 61146 (Oct. 17, 2006).

[18] U.S. EPA, *Integrated Science Assessment for Particulate Matter* ES-23 (Dec. 2019), https://cfpub.epa.gov/ncea/isa/recordisplay.cfm?deid=347534.

premature mortality; heart attacks, strokes, worsening of chronic heart failure, and sudden cardiac death; impaired fetal and childhood lung function development; acute and chronic decreases in lung function; respiratory infections; respiratory emergency department visits, hospitalizations, and deaths; and the development and exacerbation of asthma.[19] While $PM_{2.5}$ is a byproduct of cooking on both electric and gas stoves, emissions from gas stoves can be two times higher than from electric stoves.[20]

***Carbon Monoxide.*** Carbon monoxide poisoning results in more than 400 deaths and over 100,000 emergency department visits in the United States annually.[21] Carbon monoxide exposure is also linked to

---

[19] Clean Air Fine Particle Implementation Rule, 72 Fed. Reg. 20586, 20586-87 (Apr. 25, 2007). *See also* U.S. EPA, *Health and Environmental Effects of Particulate Matter (PM): Health Effects*, https://www.epa.gov/pm-pollution/health-and-environmental-effects-particulate-matter-pm (last updated May 5, 2026).

[20] Tianchao Hu, *et al.*, *Compilation of Published $PM_{2.5}$ Emission Rates for Cooking, Candles and Incense for Use in Modeling of Exposures in Residences*, LBNL-5890E, 11 (Aug. 2012), https://indoor.lbl.gov/publications/compilation-published-pm25-emission.

[21] U.S. Ctr. for Disease Control, *Carbon Monoxide Poisoning*, (last updated Jan. 12, 2026), https://www.cdc.gov/carbon-monoxide/about/index.html; *see also* Jason J. Rose, *et al.*, *Carbon Monoxide Poisoning: Pathogenesis, Management, and Future Directions*

respiratory illnesses and neurological impairment.[22] According to EPA, homes with gas stoves have higher carbon monoxide levels than those without.[23] Indeed, some gas stoves create high indoor carbon monoxide levels that nearly exceed the health-based outdoor ambient air quality standards established by EPA.[24]

*Cancer-Causing Compounds.* In addition to the byproducts of fossil fuel burning that have been understood for decades, newer research indicates that gas appliances also release semi-volatile organic compounds known as polycyclic aromatic hydrocarbons (PAHs),[25] as well as volatile organic compounds, such as formaldehyde[26] and

---

*of Therapy*, 195 Am. J. Respiratory & Critical Care Med. 596 (2017), https://pubmed.ncbi.nlm.nih.gov/27753502/.

[22] *Id.*

[23] U.S. EPA, *Carbon Monoxide's Impact on Indoor Air Quality*, https://www.epa.gov/indoor-air-quality-iaq/carbon-monoxides-impact-indoor-air-quality (last updated July 15, 2026).

[24] *See id.* (gas stoves can lead to carbon monoxide concentrations over 30ppm); 40 C.F.R. § 50.8(a)(1),(2) (setting carbon monoxide ambient air quality standard at 9ppm for 8-hour exposure window and at 35ppm for a 1-hour exposure window).

[25] U.S. Ctr. for Disease Control, Polycyclic Aromatic Hydrocarbons (PAHs) Fact Sheet (Nov. 2009), https://www.epa.gov/sites/default/files/2014-03/documents/pahs_factsheet_cdc_2013.pdf.

[26] U.S. EPA, *supra* n.6.

benzene.[27] All of these are linked to cancer and, thus, no safe level of exposure can be recommended. For instance, long-term exposure to benzene can lead to blood disorders and, according to the American Cancer Society, is linked to higher rates of cancer, including leukemia and other blood cancers. [28] Short-term exposure to benzene can also cause drowsiness, dizziness, headaches, tremors, confusion, and/or unconsciousness. Cancer causing compounds such as these are also a component in the methane gas delivered to households. A 2022 study of Boston's gas supply revealed the presence of 296 volatile organic compounds, including 21 hazardous air pollutants.[29] Researchers in California similarly found 12 hazardous air pollutants in gas piped into homes, including benzene in similar concentrations to those in secondhand tobacco smoke.[30]

Given the robust body of scientific literature evidencing these harms, leading national health organizations are recognizing the

---

[27] Michanowicz, *et al.*, *supra* n. 2, at 10266; Kashtan, *et al.*, *supra* n.14.
[28] Am. Cancer Soc'y, *Benzene and Cancer Risk*, https://www.cancer.org/cancer/risk-prevention/chemicals/benzene.html (last revised July 8, 2026).
[29] Michanowicz, *et al.*, *supra* n. 2, at 10258.
[30] Lebel, *et al.*, *supra* n.2, at 15,828, 15828, & 15,835.

immense public health risks associated with gas appliances. In June 2022, the American Medical Association stated that it: "(1) recognizes the association between the use of gas stoves, indoor nitrogen dioxide levels and asthma; [and] (2) will inform its members and, to the extent possible, health care providers, the public, and relevant organizations that use of a gas stove increases household air pollution and the risk of childhood asthma and asthma severity; which can be mitigated by reducing the use of the gas cooking stove, using adequate ventilation, and/or using an appropriate air filter."[31]

In July 2022, the American Lung Association published a report on the impacts of internal residential combustion, finding that gas appliance emissions degrade indoor air quality, resulting in worse asthma symptoms and reduced lung function in children and other vulnerable populations.[32] In November 2022, the American Public

---

[31] Am. Med. Ass'n, House of Delegates Report of Reference Committee D at 16-17, Res. 439, A-22 (2022), https://policysearch.ama-assn.org/policyfinder/detail/gas%20stove?uri=%2FAMADoc%2Fdirectives.xml-D-135.964.xml.
[32] Am. Lung Ass'n, *Literature Review on the Impacts of Residential Combustion, Final Report* (2022), https://www.lung.org/getmedia/2786f983-d971-43ad-962b-8370c950cbd6/ICF_Impacts-of-Residential-Combustion_FINAL_071022.pdf.

Health Association adopted a policy acknowledging the scientific evidence linking gas stove emissions to negative health effects and called on regulators and policymakers to enact measures to abate gas appliance emissions.[33] In acknowledgement of the scientific consensus, the D.C. Council passed the Clean Buildings Act, finding that "[g]as stoves produce carbon monoxide, formaldehyde, and nitrogen dioxide, all of which are harmful to human health; nitrogen dioxide, in particular, has been found to cause higher rates of asthma."[34]

## II. Emissions from gas appliances have significant outdoor air quality impacts and present health risks.

Fossil fuel combustion in buildings is a major source of outdoor air pollution as well, as most emissions are directly vented outdoors. According to data from EPA's National Emissions Inventory,

---

[33] Am. Pub. Health Ass'n, *Gas Stove Emissions Are a Public Health Concern: Exposure to Indoor Nitrogen Dioxide Increases Risk of Illness in Children, Older Adults, and People with Underlying Health Conditions* (Nov. 8, 2022), https://www.apha.org/Policies-and-Advocacy/Public-Health-Policy-Statements/Policy-Database/2023/01/18/Gas-Stove-Emissions.
[34] Council of the District of Columbia, Committee on Transportation and the Environment, Comm. Rep. on B24-420, the "Clean Energy DC Building Code Amendment Act of 2022," 7 (June 13, 2022), https://lims.dccouncil.gov/downloads/LIMS/47959/Committee_Report/B24-0420-Committee_Report1.pdf?Id=140368.

combusting fossil fuels in buildings releases over 250,000 tons per year of carbon monoxide, over 460,000 tons of nitrogen oxides, and more than 15,000 tons of fine particulate matter nationwide.[35]

The consequences of these emissions on ambient air quality are significant and harmful. Ground-level ozone is a highly reactive gas that is formed by interactions between nitrogen oxides and volatile organic compounds. These are emitted primarily when fossil fuels like gasoline, oil or coal are burned such as in power plants, motor vehicles, furnaces and other sources of high-heat combustion.[36] Ozone exposure, even short-term exposure, is linked to chronic conditions affecting the respiratory, cardiovascular, reproductive, and central nervous systems, as well as respiratory—and cardiovascular—related mortality.[37] This exposure is also associated with increased asthma attacks, as well as

---

[35] Data from U.S. EPA, *2017 National Emissions Inventory (NEI) Data*, https://www.epa.gov/air-emissions-inventories/2017-national-emissions-inventory-nei-data#dataq.

[36] Am. Lung Ass'n, Ozone (last updated June 9, 2025, https://www.lung.org/clean-air/outdoors/what-makes-air-unhealthy/ozone#what.

[37] *Id.*

increased emergency room visits and hospitalizations.[38] Rewiring America, an organization that shares data and tools to help Americans cost-effectively electrify buildings, published a study finding that substituting electric appliances for fossil fuel appliances that vent outdoors (*i.e.*, space and water heaters and clothes dryers) would produce $40 billion in annual public health benefits—including 3,400 fewer premature deaths, 1,300 fewer hospital admissions and emergency room visits, and 220,000 fewer asthma attacks.[39] While the health impacts of ozone are ubiquitous, certain populations are at an increased risk, including people with asthma, children, older adults, and outdoor workers.[40]

### III. Gas Combustion in Buildings Causes Harmful Climate Pollution, In Contravention of District Law and Policy.

In addition to contributing to harmful ozone pollution, gas combustion in buildings is also a significant source of greenhouse gas

---

[38] U.S. EPA *Policy Assessment for the Review of the Ozone National Ambient Air Quality Standards* (May 2020) at 3-2 & 3-23, https://www.epa.gov/sites/default/files/2020-05/documents/o3-final_pa-05-29-20compressed.pdf
[39] Rewiring America, *Breathe Easy* (Dec. 2024), https://a-us.storyblok.com/f/1021068/x/f03d441bd0/breathe-easy-report-rewiring-america.pdf.
[40] U.S. EPA, *supra* n.38 at 3-30 to 3-34.

emissions. This climate pollution impedes the District's ability to comply with its binding emissions reduction laws. As described above, gas combustion in the District's building sector releases the greenhouse gas carbon dioxide. Methane—an even more potent greenhouse gas— also leaks from gas distribution pipes that supply buildings with this fuel. The building sector comprises a significant and growing share of the District's total greenhouse gas emissions. According to the District Department of Energy and Environment's Greenhouse Gas Inventory, a staggering 72% of the District's total greenhouse gas emissions came from the building sector in 2022.[41]

Acknowledging the myriad harms posed by climate change and the need to accelerate emissions reductions, the D.C. Council passed the Climate Commitment Amendment Act of 2022 ("Climate Commitment Act"), which requires D.C. to reduce city-wide emissions 60% below 2006 levels by 2030 and reach carbon neutrality by 2045.[42] In the Committee Report published prior to the enactment of the Act, the

---

[41] District Department of Energy and Environment, *Greenhouse Gas Inventories, available at* https://doee.dc.gov/service/greenhouse-gas-inventories
[42] Climate Commitment Amendment Act of 2022, D.C. Law 24-176.

Council noted that "dire warnings from the climate science community about the need to decarbonize as quickly as possible have led other states to adopt more aggressive emissions reduction targets."[43] The Council recognized the outsized impact of reducing emissions from the buildings sector, finding that "the District, in particular, is better positioned to meet these goals than most states because the vast majority of our emissions come from buildings and transportation, which tend to be the 'low-hanging fruit' in the effort to decarbonize our society,"[44] and noted that the "technology to decarbonize most buildings and transportation is for the most part already widely available and relatively affordable."[45] The Climate Commitment Act also commanded government action, requiring the District government to reduce emissions from its operations to net-zero by 2040 (five years earlier than the City's net-zero deadline) and requiring the District

---

[43] Council of the District of Columbia, Committee on Transportation and Environment, Comm. Rep. on B24-267, the "Climate Commitment Amendment Act of 2022," 3 (June 13, 2022), https://lims.dccouncil.gov/downloads/LIMS/47264/Committee_Report/B24-0267-Committee_Report1.pdf?Id=140367

[44] *Id.* at 4.

[45] *Id.* n.11.

16

government to stop buying fossil fuel burning space- and water-heating systems and vehicles beginning in 2025 and 2026, respectively.

The District's unambiguous path to improving both indoor and outdoor air quality and meeting mandated greenhouse gas emissions reductions is through reducing gas combustion in buildings. This Court should reaffirm the District's clearly established authority to effectuate its legislative mandates and policy preferences in the interests of residents' health and safety.

## CONCLUSION

The undersigned *amici* urge this Court to uphold the District of Columbia's right to protect its residents by reducing the indoor and outdoor air pollution stemming from gas combustion. For the reasons stated above, *amici* request this Court affirm the decision of the District Court in all respects.

Dated: July 24, 2026

Respectfully Submitted,

/s/ *Timothy R. Oberleiton*
Timothy R. Oberleiton
Earthjustice
1250 I Street NW, Suite 400
Washington, DC 20001
(202) 793-5820
toberleiton@earthjustice.org

17

# RULE 26.1 DISCLOSURE STATEMENT

Pursuant to Federal Rules of Appellate Procedure 26.1 and D.C. Circuit Local Rule 26.1, *amici* Sierra Club and Chesapeake Climate Action Network state that they are nonprofit organizations, that they have no parent corporations, and that no publicly held company owns a 10% or greater ownership interest in the organizations.

/s/ *Timothy R. Oberleiton*
Timothy R. Oberleiton

**CERTIFICATE OF COMPLIANCE**

This *amicus* brief complies with the type-volume limit of D.C. Cir. R. 32(e)(3) and Fed. R. App. P. 29(a)(5) because it contains 3,219 words, excluding the parts of the brief exempted by Fed. R. App. P. 32(f) and D.C. Cir. R. 32(e)(1). This *amicus* brief also complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 32(a)(5)–(6) because it was prepared using Microsoft Word in Century Schoolbook 14-point font, a proportionally spaced typeface.

/s/ *Timothy R. Oberleiton*
Timothy R. Oberleiton

**CERTIFICATE OF SERVICE**

The undersigned certifies that on the 24th day of July 2026, a true and correct copy of the foregoing was served via the Court's electric filing system upon all counsel of record.

/s/ *Timothy R. Oberleiton*
Timothy R. Oberleiton