# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 26-7050** **September Term, 2025**

**1:24-cv-02942-ACR**

**Filed On: August 28, 2026** **[2190522]**

National Association of Home Builders of the United States, et al.,

Appellants

v.

District of Columbia,

Appellee

**O R D E R**

Upon consideration of the unopposed motion by the United States as amicus curiae for leave to participate in oral argument, it is

**ORDERED** that the motion be granted. The following times are allotted for the oral argument of this case scheduled for September 8, 2026, at 9:30 A.M.:

| | | |
|---|---|---|
| Appellants | - | 20 Minutes (to be divided with the United States as the parties deem appropriate) |
| Appellee | - | 20 Minutes |

The panel considering this case will consist of Circuit Judges Pan and Garcia, and Senior Circuit Judge Randolph.

Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by September 1, 2026.

**Per Curiam**

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Michael C. McGrail
Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)