# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 26-7050** **September Term, 2026**

**1:24-cv-02942-ACR**

**Filed On: September 8, 2026 [2191783]**

National Association of Home Builders of the United States, et al.,

Appellants

v.

District of Columbia,

Appellee

**BEFORE:** Circuit Judges Pan and Garcia, and Senior Circuit Judge Randolph

**COURTROOM MINUTES OF ORAL ARGUMENT**

PROCLAMATION BEING MADE, the Court opened on Tuesday, September 8, 2026 at 9:39 a.m. The cause was heard as case No. 2 of 3 and argued before the Court by:

J. Mark Little, counsel for Appellants.

Charles E.T. Roberts (DOJ), Amicus Curiae.

Bryan J. Leitch (OAG), counsel for Appellee.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Anne A. Rothenberger
Deputy Clerk